CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 09 2016

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 7:07CR00078 |
| | ) | (CASE NO. 7:16CV80912) |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| RONNIE DEAN SHELTON, | ) | By: Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that defendant's motion to vacate, set aside or correct the sentence under 28 U.S.C. § 2255 (ECF No. 83) is hereby **DISMISSED WITHOUT PREJUDICE** as successive; for lack of cause shown, a certificate of appealability is **DENIED** as to this ruling; and the clerk shall **STRIKE** this § 2255 action from the active docket of the court.

ENTER: This 9th day of May, 2016.

/s/ Glen E. Conrad
Chief United States District Judge